# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:08MC121 |
| Plaintiff(s), | ) | |
| vs. | ) | **O R D E R** |
| NATHAN R. GLICK, | ) | |
| Defendant(s). | ) | |

Pursuant to 28 U.S.C. 455, the Court recuses himself from the above-captioned matter.  The Court directs that this action be returned to the Clerk of Court for reassignment.

IT IS SO ORDERED.

 S/Christopher A. Boyko
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

CASE REASSIGNED TO:  THE HONORABLE KATHLEEN M. O'MALLEY

December 2, 2008